IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ALFONZO TRAYMAYNE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

    Because the defendant and his counsel have not filed a brief or other showing explaining the alleged conflict of interest and the defendant is not entitled to make demands or pick his court appointed attorney,

    IT IS ORDERED that the motion (filing 19) to withdraw is denied.

August 5, 2005.    BY THE COURT:

                                                        s/ *Richard G. Kopf*
                                                        United States District Judge