IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| ALFONZO TRAYMAYNE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion to appoint counsel for witnesses (filing 21) is granted. The Federal Public Defender shall appoint counsel for government witnesses Angela Young Crews and Roger Crews.

August 9, 2005.                BY THE COURT:

                               s/ *Richard G. Kopf*
                               United States District Judge