IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALFONZO TRAYMAYNE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's motion to file a motion for appointment of counsel under seal (filing 85) is granted.

January 5, 2007.           BY THE COURT:

                                              s/ *Richard G. Kopf*
                                              United States District Judge