IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALFONZO TRAYMAYNE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

After consideration of the defendant's motion for new trial,

IT IS ORDERED that:

(1) The motion for new trial (filing 89) is held in abeyance until the Supreme Court rules on the defendant's petition for writ of certiorari.

(2) Counsel for the defendant shall promptly advise the court when the Supreme Court rules.

May 22, 2007.                              BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge