IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALFONZO TRAYMAYNE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

I have been notified (filing 91) that the Supreme Court has vacated the judgment in this case and remanded the case to the United States Court of Appeals for further consideration in light of *Kimbrough v. United States*, 552 U.S. ___ (2007). There is also currently pending before me a motion for new trial (filing 89). Given the remand to the Court of Appeals, and the pendency of the motion for new trial,

IT IS ORDERED that:

(1)     Counsel for the defendant shall notify me when the Court of Appeals has made its decision.

(2)     Counsel for the defendant shall notify me when I have jurisdiction to consider the motion for new trial.

January 17, 2008.                    BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge