IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALFONZO TRAYMAYNE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with the lawyers,

IT IS ORDERED that the pro se motion to disclose grand jury transcripts (filing 94) is denied without prejudice.

February 7, 2008.          BY THE COURT:

                           s/ *Richard G. Kopf*
                           United States District Judge