IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALFONZO TRAYMAYNE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

The Court of Appeals has filed its mandate. Accordingly,

IT IS ORDERED that on or before February 29, 2008, counsel for the parties shall confer and then advise me what steps next need to be taken.

February 20, 2008.              BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge