IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALFONZO TRAYMAYNE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

    I have conferred with counsel about the issuance of a mandate in this case.  In a telephone conference held on February 22, 2008, defense counsel advised me that the issuance of the mandate may have been in error because the United States Supreme Court is presently considering a petition or motion for rehearing.  Counsel for the government was agnostic on this point, but agreed with counsel for the defendant that the undersigned should not do anything until things get straightened out.  Accordingly,

    IT IS ORDERED that the undersigned will take no further action in this case until advised by the parties that he should do so.  My chambers shall call this matter to my attention on  July 1, 2008, if this case is not progressing by then.

February 22, 2008.        BY THE COURT:

                                  s/ *Richard G. Kopf*
                                  United States District Judge