IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ALFONZO TRAYMAYNE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

The mandate of the United States Court of Appeals for the Eighth Circuit was filed on April 30, 2008.

IT IS ORDERED that Defendant Lee's resentencing is scheduled for Tuesday, June 17, 2008, at 12:00 noon, before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

May 1, 2008.                    BY THE COURT:

                                s/ *Richard G. Kopf*
                                United States District Judge