IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3044 |
| | ) | |
| V. | ) | |
| | ) | |
| ALFONZO TRAYMAYNE LEE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

After due consideration,

IT IS ORDERED that the defendant's motions to extend (filings 143 and 145) are denied.

DATED this 6th day of January, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge