IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CR3044 |
| | ) | |
| V. | ) | |
| | ) | |
| ALFONZO TRAYMAYNE LEE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the defendant's motion for leave to proceed in forma pauperis (filing 168) is granted. The defendant's petition for Rule 60(b) (filing 167) is denied.

DATED this 19th day of July, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge