IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ALFONZO TRAYMAYNE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)     The defendant's motion for status and for copies (filing 170) is granted.

(2)     The Clerk of Court shall provide a copy of this order, a copy of my order dated July 19, 2013 (filing 169), and a copy of the docket sheet for this case at no cost to the defendant at defendant's last known address.

Dated July 25, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge