IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:05CR3044 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ALFONZO TRAYMAYNE LEE, | ) | |
| | ) | |
| Defendant. | ) | |

    I am in receipt of a report from the Probation Office (filing no. 198) indicating that the defendant is ineligible for a sentence reduction under Amendment 782. Counsel have been notified of the Probation Office's determination.

    IT IS ORDERED that the defendant's motion for a sentence reduction under Amendment 782 (filing 196) is denied.

    Dated September 23, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge