IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:05CR3044 |
| | ) | |
| v. | ) | |
| | ) | |
| ALFONZO TRAYMAYNE LEE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant has filed a "notice." If the notice is intended to request relief as in a motion,

IT IS ORDERED that filing no. 216 (the notice) is denied.

DATED this 4th day of December, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge